IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-24-0440** |
| **.028 ACRES MORE OR LESS OF LAND,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired 802 North Brice Street, Baltimore, Maryland. The Court held a hearing regarding the just compensation for the property and issued an Order setting such just compensation at $3,700. (ECF No. 35.) Amtrak has deposited funds totaling $3,700, which have been held in an interest-bearing account in the registry of the Court. (*See* ECF No. 7.)

The Court concludes that it has jurisdiction over all appearing and non-appearing Defendants, given the nature of this action and that all Defendants have been served by Amtrak. (*See* ECF No. 21 (status report detailing service of process on Defendants).) Further, the time for filing motions for disbursement has passed. As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant."

The only Defendant that has filed a Motion for Disbursement is the Mayor and City Council of Baltimore City (the "City"). (ECF No. 30.) The City seeks a disbursement of $3,700 plus accrued interest. (*Id.*) It provides an affidavit from Dorothy Reed, Deputy Chief for the City of

Baltimore Bureau of Revenue Collections of the Department of Finance, in which she "attest[s] and affirm[s] that a search of the City tax lien record" reflects that $41,560.16 is due and owing to the City. (ECF No. 30-2.) Attached to the affidavit is documentation supporting this figure. (*See* ECF No. 30-2 at 3–9.) The Court finds that, upon the facts in the record, a distribution of $3,700 plus accrued interest to the City is appropriate.

Accordingly, it is ORDERED that:

1. The City's Motion for Disbursement of Funds (ECF No. 30) is GRANTED.

2. The Clerk is DIRECTED to issue and mail the following check to the City:

    a. $3,700 plus all accrued interest, payable to the Director of Finance, and mailed to the attention of Thomas P.G. Webb, Esq., Baltimore City Law Department, 100 N Holliday Street, City Hall – Room 101, Baltimore, Maryland 21202.

3. The Clerk is DIRECTED to CLOSE this case.

DATED this _6_ day of November, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge